| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYSBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234<br>Email: wendy.thomas@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 0219 PJH | |
| Plaintiff, | ) | | |
| | ) | **PETITION FOR WRIT OF HABEAS** | |
| v. | ) | **CORPUS AD PROSEQUENDUM** | |
| | ) | | |
| JORGE ISAAC BERNAL VERGARA, | ) | | |
| | ) | | |
| Defendant. | ) | | |

To the Honorable ~~Edward M. Chen~~ Nandor Vadas, United States Magistrate Judge of the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner Jorge Isaac Bernal Vergara. The prisoner is required to appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty Magistrate in the above-referenced case. His place of custody and jailor are set forth in the

//

//

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0219 PJH

1  following writ.

2

3  DATED: April 17, 2007

   Respectfully submitted,

4  SCOTT N. SCHOOLS
   United States Attorney

5

6

7  _____/s_____
   WENDY THOMAS
   Special Assistant United States Attorney

8

9  IT IS SO ORDERED.

10

11 DATED: 4/20/07

12

13 _____
   HON. ~~EDWARD M. CHEN~~
   United States Magistrate Judge
   Nandor J. Vadas
   United States Magistrate Judge

14

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0219 PJH

2

|     |     |
| --- | --- |
| 1   | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2   | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3   | authorized deputies; and the Jailor, Warden, or Sheriff of San Quentin State Prison, San Quentin, |
| 4   | California 94964. |
| 5   |     |
| 6   | **GREETINGS** |
| 7   | The prisoner, Jorge Isaac Bernal Vergara, Booking # K58952, is in custody in the above- |
| 8   | referenced institution.  He is required to appear as soon as possible on criminal charges now |
| 9   | pending against him in the United States District Court for the Northern District of California, |
| 10  | 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly, |
| 11  | WE COMMAND that you produce the prisoner before the Duty Magistrate of the |
| 12  | Northern District of California FORTHWITH.  You shall bring him before the Duty Magistrate, |
| 13  | 15th Floor, as soon as possible.  You shall produce the prisoner at all times necessary until the |
| 14  | termination of the proceedings in this Court.  Immediately thereafter, you shall return the |
| 15  | prisoner to the above-referenced institution, or abide by whatever further order the Court may |
| 16  | make concerning his custody. |
| 17  | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 18  | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 19  | Marshal or any of his authorized deputies pursuant to this writ. |
| 20  | WITNESS the Honorable ~~Edward M. Chen~~ NANDOR J. VADAS, United States Magistrate Judge of the United |
| 21  | States District Court for the Northern District of California. |
| 22  |     |
| 23  | DATED:                                                    CLERK |
| 24  |                                                                       UNITED STATES DISTRICT COURT<br>                                                                       NORTHERN DISTRICT OF CALIFORNIA |
| 25  |     |
| 26  |                                                                       _____<br>                                                                       DEPUTY CLERK |
| 27  |     |
| 28  |     |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07 0219 PJH

3