SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE ISAAC BERNAL VERGARA,

Defendant.

Criminal No. CR 07-0219 PJH

**[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 10, 2007 TO MAY 23, 2007**

The parties appeared before the Honorable Elizabeth D. Laporte on May 10, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 10, 2007 to May 23, 2007, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with

the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 10, 2007, to May 23, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 10, 2007 to May 23, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/11/07

/s/
JOSHUA COHEN
Counsel for Jorge Isaac Bernal Vergara

DATED: 5/11/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: May 16, 2007

THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

