SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0219 PJH |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM MAY 23, 2007 TO JUNE 27, 2007 |
| JORGE ISAAC BERNAL VERGARA, | ) | |
| Defendant. | ) | |
| | ) | |

     The parties appeared before the Honorable Phyllis J. Hamilton on May 23, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 23, 2007 to June 27, 2007, in light of the need for defendant's continued review of discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 07-0219 PJH**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 23, 2007, to June 27, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 23, 2007 to June 27, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/25/07                   /s/
                                 JOSHUA COHEN
                                 Counsel for Jorge Isaac Bernal Vergara

DATED: 5/25/07                   /s/
                                 WENDY THOMAS
                                 Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 5/31/07



THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME**
**CR 07-0219 PJH**                     2